NICHOLAS F. REYES, #102114
NICHOLAS F. REYES LAW CORPORATION
1107 "R" Street
Fresno, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
E-mail: nfreyeslaw@gmail.com

Attorney for Defendant
ADAN FLORESCASTRO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ADAN FLORESCASTRO,<br>Defendant. | CASE NO. 1:26-PO-00203-EGC<br><br>REQUEST FOR RULE 43 WAIVER OF APPEARANCE FOR DEFENDANT; ORDER THEREON |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Defendant Adan Flores Castro, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on very occasion that the Court may permit, pursuant to this waiver. Specifically, Defendant requests a wavier of appearance for the Initial Appearance on October 15, 2026 at 9:00 a.m. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Nicholas F. Reyes, the same as if Defendant were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Defendant understands that he will need to be present at any hearing involving any substantive issue. Defendant respectfully requests that the Court waiver his appearance at the October 15, 2026, initial appearance and all future non-substantive hearings.

Dated: October 14, 2026

/s/ Nicholas F. Reyes
Nicholas F. Reyes, Esq.
Attorney for Defendant
Adan Flores Castro

ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated: **October 14, 2026**

Erin Sung Castillo
UNITED STATES MAGISTRATE JUDGE